**EXHIBIT 3**

| | |
|---|---|
| **From:** | asutton@falcatacapital.com |
| **Sent:** | Thursday, July 2, 2020 8:38 AM |
| **To:** | 'Alexanders Bermuda'; ''Glenn Ferguson'' |
| **Subject:** | RE: Q3 Management Fee Call - Falcata Tech Investment Fund I LP |
| **Attachments:** | Falcata Capital Call #9.pdf |

Gentlemen

Just a gentle reminder the capital call due July 1, 2020 has not been received
If you have remitted, please provide tracking information

Best

Andrew

Andrew Sutton
ASutton@FalcataCapital.com
+1.917.561.5614

**From:** asutton@falcatacapital.com <asutton@falcatacapital.com>
**Sent:** Tuesday, June 16, 2020 1:34 PM
**To:** 'Alexanders Bermuda' <jafw@alexanders.bm>; ''Glenn Ferguson'' <glenn@fclawyers.com.au>
**Cc:** 'Robert Burnett' <RBurnett@FalcataCapital.com>
**Subject:** Q3 Management Fee Call - Falcata Tech Investment Fund I LP

Gentlemen

Please find attached the capital call notice for Q3 2020 management fees
The call is due July 1

Hope you are safe and well

B.r.
Andrew

Andrew Sutton
ASutton@FalcataCapital.com
+1.917.561.5614