**EXHIBIT 4**

**Falcata Capital LLC**
**10000 Memorial Dr.**
**Suite 200**
**Houston, TX  77024**

August 4, 2020

Point Investments Ltd.
Suite 539, 48 Par-La-Ville Road
Hamilton HM11 Bermuda
Attn: Evatt Tamine, Director
etamine@tangarra.com

Re:  Falcata Tech Investment Fund – Notice of Default

Dear Mr. Tamine:

This letter is being delivered to you as the representative of Point Investments Ltd. ("Point") as set forth in the books and records of Falcata Tech Investment Fund I, L.P., a Cayman Islands Exempted Limited Partnership (the "Fund"), and in in accordance with Section 13.1 of the Fund's Amended and Restated Exempted Limited Partnership Agreement, dated April 20, 2018 (as amended by that certain Master Transaction Agreement dated July 1, 2019, the "LPA"). Terms used herein but not otherwise defined shall have the meaning set forth in the LPA.

By this letter, Falcata Capital LLC, as manager of the Fund (the "Manager") and as the authorized delegate of FTI GP I LLC, the Fund's general partner (the "General Partner") hereby gives notice to Point, as the limited partner of the Fund, pursuant to Section 5.4(a) of the LPA, that Point has failed to make Capital Contributions required to be made to the Fund pursuant to the terms of the LPA.

Pursuant to the enclosed Capital Call #9, Point was required to make a Capital Contribution to the Fund in an amount equal to $625,000 on or prior to July 1, 2020 (the "Default Amount").  In addition to failing to make such Capital Contribution, Point has also failed to respond to a second notice issued to Point via the enclosed email dated July 2, 2020, reminding Point of its obligations to respond to Capital Call #9.  Point was required to fund Capital Call #9 on or before July 1, 2020.

Pursuant to Section 5.4(a) of the LPA, Point has five business days from the date of this notice to remedy this default by funding in full the Default Amount.  Such Default Amount shall be payable in accordance with the wire instructions set forth in the enclosed Capital Call #9.  If this failure to make a Capital Contribution has not been cured by the end of such five business day period, then Point will be designated as in Default by the Manager, as the authorized delegate

of the General Partner.  In the event that Point is designated as in Default, Point shall be a Defaulting Partner and shall be subject to any and all of the rights and remedies afforded to the General Partner and the Fund under the LPA.  The General Partner hereby reserves all rights under the LPA and related agreements, and at law.

Sincerely,

Robert Burnett
Managing Member
Falcata Capital LLC