# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION)**<br><br>Debtor in a Foreign Proceeding.[1] | **Chapter 15**<br><br>**Case No. 22-10261 (JKS)** |
| **FTI GP I, LLC on behalf of FALCATA TECH INVESTMENT FUND I, L.P.,**<br><br>Plaintiff,<br><br>v.<br><br>**POINT INVESTMENTS, LTD.,**<br><br>Defendant. | **Adv. Proc. No. 23-50122 (JKS)** |

## CERTIFICATION OF COUNSEL REGARDING
## PRETRIAL CONFERENCE DATE

The undersigned hereby certifies as follows:

1. In response to the inquiries of the undersigned counsel to FTI GP I, LLC on behalf of Falcata Tech Investment Fund I L.P. (the "Plaintiff"), a pretrial conference has been scheduled for April 12, 2023, at 10:00 a.m. (Eastern Time) by the J. Kate Stickles, United States Bankruptcy Judge.

2. Attached hereto is a proposed form of Order (the "Pretrial Conference Order") that states with specificity the date and time of the pretrial conference.

---

[1] Debtor Point Investments, Ltd. (the "Debtor") is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.

WHEREFORE, the Plaintiff hereby respectfully requests that the Court enter the Pretrial Conference Order attached hereto at the Court's earliest convenience.

Dated: March 6, 2023

    /s/ *Daniel B. Butz*
Eric D. Schwartz (No.3134)
Daniel B. Butz (No. 4227)
Evanthea Hammer (No. 7061)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
Email: eschwartz@morrisnichols.com
       dbutz@morrisnichols.com
       ehammer@morrisnichols.com

-and-

Paul Werner (admitted *pro hac vice*)
A. Joseph Jay III (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-1900
Email: pwerner@sheppardmullin.com
       jjay@sheppardmullin.com

Edward H. Tillinghast, III (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653-8700
etillinghast@sheppardmullin.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**POINT INVESTMENTS, LTD.**<br>**(IN LIQUIDATION)**<br><br>Debtor in a Foreign Proceeding.[1] | **Chapter 15**<br><br>**Case No. 22-10261 (JKS)** |
| **FTI GP I, LLC on behalf of FALCATA TECH INVESTMENT FUND I, L.P.,**<br><br>Plaintiff,<br><br>v.<br><br>**POINT INVESTMENTS, LTD.,**<br><br>Defendant. | **Adv. Proc. No. 23-50122 (JKS)** |

## PRETRIAL CONFERENCE ORDER

**IT IS HEREBY ORDERED** that a pretrial conference has been scheduled in the above-captioned case for the following date and time:

| DATE | TIME |
|---|---|
| April 12, 2023 | 10:00 a.m. (ET) |

---

[1] Debtor Point Investments, Ltd. (the "Debtor") is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The Debtor's registered office is located at Chancery Hall, 1st Floor, 52 Reid Street, Hamilton HM 12, Bermuda.