# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>POINT INVESTMENTS, LTD.<br>(IN LIQUIDATION)<br><br>Debtor in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 22-10261 (TMH) |
| FTI GP I, LLC on behalf of FALCATA TECH INVESTMENT FUND I, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>POINT INVESTMENTS, LTD.,<br><br>Defendant. | Adv. Pro. No. 23-50122 (TMH) |

## CERTIFICATE OF SERVICE

I, David Thom, hereby certify as follows:

1. I am an attorney at the law firm of Kennedys Chudleigh Ltd. and am licensed to practice law in Bermuda. As such, I am duly authorized under the laws of Bermuda to effect service of legal process within Bermuda.

2. On _APRIL 3rd, 2023_, I served true and correct copies of the Summons and Complaint in the above-referenced adversary proceeding upon:

Point Investments, Ltd. (in Liquidation)

---

[1] Point Investments, Ltd. (in Liquidation) (the "Debtor") is a Bermuda exempted company registered with the Registrar of Companies in Bermuda under registration number 43769. The registered office is located at Kroll Bermuda, Vallis Building, 4th Floor, 58 Par-La-Ville, HM 11, Hamilton, Bermuda.

-1-

        C/O Kroll Bermuda
        Vallis Building
        4th Floor
        58 Par-La-Ville
        HM 11
        Hamilton
        Bermuda

by personal delivery of the aforesaid documents to the address set forth above.

3. The service described above constitutes valid service under Bermuda law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17th, 2023

                                                       David Thom